# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARGARET K. DEY, an Individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **vs.** ) | Case No. CIV-16-318-RAW |
| ) | |
| SENTRY SELECT INSURANCE COMPANY, ) | |
| A Wisconsin Corporation, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT DISMISSING ACTION
## BY REASON OF SETTLEMENT

The Court has been advised that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS ORDERED** that the action is dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**IT IS FURTHER ORDERED** that the clerk forthwith serve copies of this judgment upon the attorneys for the parties appearing in this action.

**DATED** this 6th day of December, 2017.

Ronald A. White
United States District Judge
Eastern District of Oklahoma