IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARGARET K. DEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-CV-318-RAW |
| | ) | |
| SENTRY SELECT INSURANCE | ) | |
| COMPANY, a Wisconsin corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## MUTUAL STIPULATION OF
## DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Margaret

K. Dey and Defendant, Sentry Select Insurance Company, a Wisconsin corporation, hereby stipulate

that this lawsuit, together with all claims asserted herein, be and are dismissed, with prejudice.

Larry D. Ottaway, OBA #6816
Jason T. Rogers, OBA 18454
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Ave., 12th Floor
Oklahoma City, OK 73102
Telephone: (405) 232-4633
Fax: (405) 232-3462
larryottaway@oklahomacounsel.com
jasonrogers@oklahomacounsel.com
Attorneys for Defendant, Sentry Select Insurance
Company



Michael T. Torrone, OBA #21848
Ryan H. Olsen, OBA #31177
LOGAN & LOWRY, LLP
101 South Wilson Street
P. O. Box 558
Vinita, OK 74301
(918) 256-7511
(918) 256-3187 (*fax*)
mtorrone@loganlowry.com
rolsen@loganlowry.com
Attorneys for Plaintiff, Margaret K. Dey

## CERTIFICATE OF SERVICE

I hereby certify that on January  4 , 2018, I electronically transmitted the foregoing document to the following ECF registrants (names only are sufficient):

Larry D. Ottaway, Esquire
Jason T. Rogers, Esquire

Michael T. Torrone